No. P.D. 07-54-15

COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITAL STATION
AUSTIN TEXAS 78711
ABEL ACOSTA, CLERK.

August 19, 2025

NOTICE OF CHANGE OF ADDRESS

Petitioner KEVIN RAY RANGEL, notifies to this Court OF Criminal APPEALS OF TEXAS, that his new address is HIGHTOWER 902 FM 686 DAYTON TX. 77535 he will greatly appriciate to Forward ANY DECISION or mandate Opinion to The AFOREMENTIONED Address

Respectfully Submitted

Kevin Ray Rangel
Kevin Ray Rangel #1878024
HIGHTOWER Unit
902 FM 686
DAYTON, TX. 77535

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 21 2015
Abel Acosta, Clerk